DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY WASHINGTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2732

[October 26, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 90-18200CF10A.

Gregory Washington, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***